United Auto Sales Company, Inc., appellee, v. Thomas Hirsch and M. Hirsch, appellants. Gen. No. 36,029.

Heard in the first division of this court for the first district at the June term, 1932. ■ Opinion filed November 14, 1932.

Deneen, Healy & Lee, for appellants; Donald N. Schaffer, of counsel. Nathan Harrison, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Francis G. Jamison, executor under the will of Henry W. Boxderfer, deceased, appellant, v. Mathilda Boxderfer, appellee. Gen. No. 36,073.

Heard in the first division of this court for the first district at the June term, 1932. ■ Opinion filed November 14, 1932.

Nat M. Kahn, for appellant. Franklin Raber, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Koeliner Ice Machine Company, appellee, v. Jacob Levy, appellant. Gen. No. 36,115.

Heard in the first division of this court for the first district at the June term, 1932. ■ Opinion filed November 14, 1932.

Jacob Levy, for appellant; J. M. Gwin, of counsel. Nelson, Burton & Quindry, for appellee; S. E. Quindry, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Thomas P. Conroy, appellee, v. Wabash Railway Company, appellant. Gen. No. 35,435.

Heard in the third division of this court for the first district at the December term, 1931. ■ Opinion filed November 16, 1932. Rehearing denied December 1, 1932.

Hay & Brown and Erwin W. Roemer, for appellant. Matthew J. O'Brien, E. Leslie Cole and Charles C. Spencer, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.